In re KOCH'S ESTATE.

|121| 667 |
|138| ¹276 |

1. ESTATES OF DECEDENTS—ALLOWANCE TO WIDOW—APPEAL.
   An order of allowance to a widow pending the settlement of her husband's estate is not appealable.  *Bordwell* v. *Saginaw Circuit Judge,* 119 Mich. 421, followed.

2. SAME—EXECUTOR'S APPEAL—PERSONAL LIABILITY FOR COSTS.
   It being well settled that an order of allowance to a widow is not appealable, an executor who appeals from such an order, and who brings error from an order of the circuit court dismissing such appeal, renders himself personally liable for the costs of both courts.

Error to Wayne; Hosmer, J.    Submitted October 27, 1899.    Decided November 7, 1899.

Louis Koch, executor of the last will and testament of Felix Koch, deceased, appealed from an order of the probate court making an allowance for the support of Katherine Koch, widow of decedent.    From an order dismissing the appeal, he brings error.    Affirmed.

*James H. Pound,* for appellant.

*Lemuel H. Foster,* for appellee.

PER CURIAM.    The appellant is executor and legatee of Felix Koch, deceased.    An allowance having been made by the probate court for the support of the widow, the appellant appealed to the circuit court.    On motion

---
[1] Rehearing denied April 3, 1900.

the appeal was dismissed, and he has brought the case to this court by writ of error. It has been repeatedly held that there is no right of appeal from such an allowance, and the circuit court did not err in dismissing the appeal. *Bordwell* v. *Saginaw Circuit Judge*, 119 Mich. 421.

The order of dismissal is affirmed. Costs of both courts are granted against the appellant personally, the same not to be a charge upon the estate.